UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R.A.B., <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al. <br><br> Defendants. | Case No: 2:25-cv-6310 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff R.A.B. hereby gives notice that this action is voluntarily dismissed without prejudice. Voluntary dismissal is permitted without a Court Order because no defendant in this action has served an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

Dated: December 5, 2025

/s/ David S. Santee
David S. Santee
Pa. Bar. No. 83832
Law Offices of David S. Santee, LLC
12 Veterans Square, Suite 1
Media, PA 19063
Email: david@santeelawoffices.com
Telephone: (215) 717-8000
Facsimile: (215) 895-3995

Approved: December 12, 2025

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.